UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
10110 GROUP, LLC D/B/A BRANDON CENTER          :
HOTEL,                                          :
                                                :
                        Plaintiff,              :    23-CV-7179 (JMF)
                                                :
            -v-                                 :           ORDER
                                                :
MT. HAWLEY INSURANCE COMPANY et al.,            :
                                                :
                        Defendants.             :
                                                :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated during the teleconference held earlier today:

- The expert discovery deadline is hereby EXTENDED to **August 15, 2024**.

- Fact discovery is closed, except that the parties may conduct discovery relating to the newly discovered repairs and rebranding of the hotel, which shall be done by **August 15, 2024**.

- The parties shall conduct mediation no later than **September 16, 2024.**

- The deadline for any motion for summary judgment is **October 16, 2024**.

- The parties shall appear for a conference on **September 26, 2024** at **9:00 a.m**. Unless and until the Court orders otherwise, the conference will be held remotely by telephone in accordance with Paragraph 2.B of the Court's Individual Rules and Practices in Civil Cases. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. The parties shall be prepared to discuss the schedule of any desired motion practice. By **Thursday of the week prior to the conference**, the parties shall file on ECF a joint letter, not to exceed three (3) pages, discussing the status of the case and the status of any desired motion practice.

SO ORDERED.

Dated: June 14, 2024                         _____
       New York, New York                           JESSE M. FURMAN
                                                 United States District Judge