UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
10110 GROUP, LLC D/B/A BRANDON CENTER :
HOTEL, :
:
                  Plaintiff,     :     23-CV-7179 (JMF)
:
         -v-                    :         ORDER
:
MT. HAWLEY INSURANCE COMPANY et al., :
:
               Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As stated during the teleconference held earlier today:

- The deadline for any motion for summary judgment and any *Daubert* motion is hereby EXTENDED to **November 1, 2024**.

- Defendants shall file a single, consolidated memorandum of law, not to exceed thirty pages, in support of their anticipated motion for summary judgment motion and *Daubert* motion.

- Any opposition is due **November 26, 2024** and must not exceed **30 pages**.

- Any reply is due **December 9, 2024** and must not exceed **12 pages**.

- Plaintiff shall file any motion for summary judgment with respect to Defendants' affirmative defenses by **November 1, 2024**, but must confer with defense counsel first. If Plaintiff wishes to move for summary judgment on anything else, it shall so advise the Court first.

       SO ORDERED.

Dated: September 26, 2024
       New York, New York
                                                JESSE M. FURMAN
                                                United States District Judge