UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
10110 GROUP, LLC, :
:
:
Plaintiff, :
: 23-CV-7179 (JMF)
-v- :
: ORDER
:
MT. HAWLEY INSURANCE COMPANY et al. :
:
Defendants. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- The deadline for the parties to submit their proposed Joint Pretrial Order and associated materials, including any motions *in limine*, is hereby EXTENDED to **April 10, 2025**.

SO ORDERED.

Dated: February 13, 2025                  _____
       New York, New York                          JESSE M. FURMAN
                                                United States District Judge