UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
10110 GROUP, LLC,                                                 :
                                                                  :
                                 Plaintiff,                       :
                                                                  :           23-CV-7179 (JMF)
                -v-                                               :
                                                                  :               ORDER
MT. HAWLEY INSURANCE COMPANY et al.,                              :
                                                                  :
                                 Defendants.                      :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Counsel are reminded that, per Paragraph 2 of the Court's Individual Rules and Practices in Civil Cases, all communications with the Court must be made by letter or letter motion filed electronically on ECF.  Communications may not be made by email to Chambers unless permitted in the Court's Individual Rules or expressly invited by the Court.

      In light of the parties' emails regarding the Court's proposed trial date, the parties are hereby ORDERED to confer and file a joint letter on ECF no later than **April 21, 2025**, advising the Court of all dates that the parties are available for trial between May and November 2025.

      SO ORDERED.

Dated: April 16, 2025
       New York, New York
                                                          JESSE M. FURMAN
                                                   United States District Judge