UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                    :

10110 GROUP, LLC,

                      Plaintiff,

                                                      23-CV-7179 (JMF)
          -v-

                                                        ORDER

MT HAWLEY INSURANCE COMPANY et al.,

                    Defendants.

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The final pretrial conference is RESCHEDULED from December 4, 2025, to **December 3, 2025**, at **10:00 a.m.** and moved to **Courtroom 24B** in the **Daniel Patrick Moynihan Courthouse, 500 Pearl Street**, New York, New York, which is the undersigned's new courtroom and the courtroom where trial — which begins on December 9, 2025 — will also be held.  **The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.**  All other dates and deadlines remain in effect.

      SO ORDERED.

Dated: October 28, 2025
       New York, New York

                                                          JESSE M. FURMAN
                                           United States District Judge