**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| 10110 GROUP LLC, d/b/a<br>BRANDON CENTER HOTEL,<br>　　　　　　　　　　Plaintiff,<br><br>　-against-<br><br>MT. HAWLEY INSURANCE COMPANY<br>AND CERTAIN UNDERWRITERS AT<br>LLOYD'S LONDON, SUBSCRIBING TO<br>CERTIFICATE NUMBER<br>BE087521R06F5001,<br>　　　　　　　　　　Defendants. | Hon. Jesse M. Furman<br>Docket No. 1:23-cv-07179 |

## ORDER OF DISMISSAL

10110 Group LLC d/b/a Brandon Center Hotel, Mt. Hawley Insurance Company, and Certain Underwriters at Lloyd's London, Subscribing to Certificate Number BE087521R06F5001, filed a Joint Stipulation of Dismissal with Prejudice. Having considered the Joint Stipulation, the Court hereby ORDERS as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action and the claims asserted by 10110 Group LLC d/b/a Brandon Center Hotel against Mt. Hawley Insurance Company and Certain Underwriters at Lloyd's London, Subscribing to Certificate Number BE087521R06F5001, are hereby dismissed with prejudice.

IT IS ORDERED that costs and attorneys' fees are to be borne by the party incurring the same.

Signed this  3rd  day of  November , 2025.

_____
JESSE M. FURMAN
United States District Judge

In light of the parties' filing, ECF No. 80, the Court finds, in the alternative, that dismissal of this action is appropriate pursuant to Fed. R. Civ. P. 41(a)(2). The final pretrial conference scheduled for December 3, 2025 and the trial scheduled to begin on December 9, 2025 are hereby CANCELED. Any pending motions are moot. The Clerk of Court is directed to close the case.